FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ERIC DAVID HARRIS

    vs                                                           Case No. 5:08cv4-RS/MD

DANNY LEDONNE

_____

## ORDER

Plaintiff's Letter **"Re: Case #5:08cv4/RS/MD - SUBPOENA DUCES TECUM" (received 1/15/2008)**, was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you. "An application to the court for an order shall be by motion." Fed. R. Civ. P. 7(b)(1). You cannot request relief from the court in letter form.

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

XX    Other: As you were advised this court's January 10, 2008 order, your case cannot proceed until you have either paid the $350.00 filing fee or filed a complete application to proceed *in forma pauperis*. (Doc. 3).

DONE and ORDERED this 18th day of January, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**