IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC DAVID HARRIS,

    Plaintiff,

vs.                      CASE NO. 5:08cv04/RS-MD

DANNY LEDONNE,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 34). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on June 24, 2008.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**